UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JOSEPH LEE GIBSON
966 Towlston Road
McLean, Virginia 22102,

P. DAVID RICHARDSON
7728 Georgetown Pike
McLean, Virginia 22102

Plaintiff,

Case Number; 1:04CV00190
Judge: Honorable Gladys Kessler
Deck Type: Pro se General Civil
Date Stamp:

v.

BOY SCOUTS OF AMERICA,

JOHN DOE, No. 1-7,

NATIONAL CAPITAL AREA COUNCIL
BOY SCOUTS OF AMERICA,

and

RICHARD ROE, No. 1-7,

Defendants.

**ORDER**

Upon Motion by the defendants, Boy Scouts of America and National Capital Area Council Boys Scouts of America, by counsel, to enter an Order granting their Motion 12(b) (6) to Dismiss; and

IT APPEARING to the Court that such an Order is appropriate under the facts

Dockets.Justia.com

presented; it is hereby

ORDERED that the Motion by the defendants to dismiss this suit is hereby granted.

ENTERED this ______ day of __________________________, 2004

__________________________________
Honorable Gladys Kessler
Judge, U.S. District Court for the
District of Columbia

Copies to:

John D. McGavin, Esquire
D.C. Bar No. 475899
TRICHILO, BANCROFT, McGAVIN,
HORVATH & JUDKINS, P.C.
3920 University Drive
P. O. Box 22
Fairfax, Virginia 22030-0022
(703) 385-1000
(703) 385-1555 (FAX)
*Counsel for Defendants Boys Scouts of America and*
*National Capital Area Council*
*Boy Scouts of America*

Joseph Lee Gibson
966 Towlston Road
McLean, Virginia 22102
*Plaintiff pro se*

P. David Richardson
7728 Georgetown Pike
McLean, Virginia 22102
*Plaintiff pro se*